IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NICHOLS,<br><br>    Petitioner,<br><br>v.<br><br>RONALD GROUNDS,<br><br>    Respondent. | No. C 14-00936 CRB (PR)<br><br>ORDER GRANTING PETITIONER EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS<br><br>(Docket # 23) |

    Good cause appearing, petitioner's request for an extension of time to file an opposition to respondent's motion to dismiss is GRANTED. Petitioner shall file an opposition by no later than October 3, 2014, and respondent shall file a reply within 14 days thereafter.

    No further extensions of time will be granted.

    The clerk shall terminate the motion in docket number 23.

SO ORDERED.

DATED: 9/10/14

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.14\Nichols,J.14-0936.eot-opp'n.wpd